JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
B. Andrew Jones, OBS No. 091786
Deputy County Attorney
Christopher A. Gilmore, OSB No. 980570
Senior Assistant County Attorney
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone:  (503) 988-3138
Facsimile:  (503) 988-3377
E-mail: andy.jones@multco.us
　　　　chris.gilmore@multco.us
　　　　veronica.rodriguez@multco.us
　　*Of Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| THE ESTATE OF RICHARD JASON FORREST, Van Loo Fiduciary Services, LLC, Personal Representative,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MULTNOMAH COUNTY, a political subdivision of the state of Oregon; MICHAEL REESE, Multnomah County Sheriff, CAMILLE VALBERG, KOH METEA, JAMI WHEELER, JACOB DIAMOND, STEVEN ALEXANDER, JEFFREY WHEELER, DERRICK PETERSON, and NICOLE MORRISEY O'DONNELL, acting in concert and in their individual capacities,<br><br>　　　　　　Defendants. | No. 3:20-CV-01689-AR<br><br>***UNOPPOSED*** MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT |

Page 1 – ***UNOPPOSED*** MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
　　　　MOTION FOR SUMMARY JUDGMENT

## LOCAL RULE 7-19(a) CERTIFICATION

Counsel for Defendants certifies that Plaintiff does not oppose this motion.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 7-1(f)(2), Defendants respectfully request the Court order that Defendants' Reply on Defendants' Motion for Summary Judgment is to be filed by June 7, 2024.  This motion is for good cause and not for purposes of delay.

## POINTS AND AUTHORITIES

Defendants' moved for summary judgment in June, 2023.  (ECF 59).  Plaintiff made unopposed motions or requests to extend their Response deadline (ECF 71, 89) and filed their Response April 5, 2024.  (ECF 90).  As noted, the case involves a dense factual record and many claims and parties.  Additionally, counsel for Defendants returned from family leave on April 15th, 2024 and needs additional time to review the materials and complete a response in addition to other duties.  (Declaration of B. Andrew Jones, ¶¶ 1 – 4).

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

/// /// ///

Page 2 – *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT

Plaintiff's counsel is amenable to a new reply date. As such, Defendants respectfully request the Court order the Defendants' time to Reply in support of their summary judgment motion is extended to June 7th, 2024.

DATED this 16th day of April, 2024.

        Respectfully submitted,

        JENNY M. MADKOUR, COUNTY ATTORNEY
        FOR MULTNOMAH COUNTY, OREGON

*/s/ B. Andrew Jones*

B. Andrew Jones, OBS No. 091786
Deputy County Attorney
Christopher A. Gilmore, 980570
Senior Assistant County Attorney
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
   *Of Attorneys for Defendants*